Cite as 2023 Ark. 133

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** September 28, 2023

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON MODEL JURY
INSTRUCTIONS - CIVIL

**PER CURIAM**

Patrick Wilson, Esq., of Little Rock; Taylor Chaney of Arkadelphia; and Julie Greathouse, Esq., of Little Rock, are appointed to the Arkansas Supreme Court Committee on Model Jury Instructions – Civil for three-year terms to expire on September 30, 2026. The Court extends its appreciation to these members for their willingness to serve on this important committee.

Chip Sexton, Esq., of Fort Smith, is reappointed to the committee for a three-year term expiring September 30, 2026. We thank Mr. Sexton for his willingness to continue his service on the committee.

The court designates committee member Karen Elizabeth "Betsy" Baker, Esq., of Little Rock, to succeed Jamie Jones as chair. We thank Ms. Jones, whose term has expired, for her service on the committee as chair and extend our appreciation to Ms. Baker for undertaking these duties.

The court also expresses its gratitude to the other outgoing members, Stuart Miller, Esq., and Circuit Judge Robert Gibson III, for their years of valuable service to this committee.